AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

FILED 08 JUL 28

# United States District Court

District

Name: Ramiro Munoz Garza

Prisoner No.: F04325

Case No.: F-02-679731-9

Place of Confinement: Richard J. Donovan Correctional Fac.

RECEIVED

Name of Petitioner (include name under which convicted): Ramiro Munoz Garza

Name of Respondent (authorized person having custody of petitioner)

CV 08 v. 3590

JUL 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Attorney General of the State of:

JSW (PR)

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Fresno, California

RECEIVED
JUL 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2. Date of judgment of conviction: 14 Febuary 2002

3. Length of sentence: 13 years

4. Nature of offense involved (all counts): 187(A) 245(A)

5. What was your plea? (Check one)
   - (a) Not guilty ☒
   - (b) Guilty ☐
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☐
   - (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court U.S. District Court Eastern District of California

(b) Result Denied

(c) Date of result and citation, if known

(d) Grounds raised Lack of Information

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court Court of Appeal Fifth Appellate District

(2) Result Denied with undue prejudice

(3) Date of result and citation, if known

(4) Grounds raised ~~None~~

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court N/A

(2) Result N/A

(3) Date of result and citation, if known N/A

(4) Grounds raised N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court U.S. District Court Eastern District

(2) Nature of proceeding Self defence

(3) Grounds raised Lack of Information

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result ______

(6) Date of result ______

(b) As to any second petition, application or motion give the same information:

(1) Name of court U.S. District Court Eastern District

(2) Nature of proceeding ______

(3) Grounds raised Lack of Information

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result ______

(6) Date of result ______

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☒ No ☐

(2) Second petition, Yes ☒ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

______

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(I) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: [illegible]

Supporting FACTS (state *briefly* without citing cases or law) HAD 1 YEAR PROGRAM. (5) FIVE YEAR PROBATION (13) THIRTEEN YEAR SENTENCE WHILE AT PROGRAM HAD TO DEFEND MYSELF IN A FIST FIGHT WAS ARRESTED WAS TAKEN TO TRIAL AND SENTENCED TO (13) THIRTEEN YEARS, WAS A SELF DEFENSE FIGHT WE WERE BOTH PATIENCE AT A ANGER MANAGEMENT PROGRAM

B. Ground two:

Supporting FACTS (state *briefly* without citing cases or law):

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law):

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Own Attorney

(b) At arraignment and plea Public Defender Fresno County

AO 241 (Rev. 5/85)

(c) At trial Public Defender Fresno County

(d) At sentencing Public Defender Frenso County

(e) On appeal UNKnown

(f) In any post-conviction proceeding UNKnown

(g) On appeal from any adverse ruling in a post-conviction proceeding UNKnown

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: __________

(b) Give date and length of the above sentence: __________

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

____________________
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed

____________________
(date)

____________________
Signature of Petitioner

RAMIRO GARZA F-04325
R.J. DONOVAN CORRECTIONAL FACILITY
P.O. BOX 799003
SAN DIEGO CA
92179

USA FIRST-CLASS FOREVER

SAN DIEGO CA 921
21 JUL 08 PM 3 L

STATE PRISON

RECEIVED
JUL 2 ; 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of The Clerk U.S.
District Court
Northern District of California
450 Golden Gate AVE
SAN FRANCISCO, CALIFORNIA
94102

Legal mail

94102-3661